# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

David Stanley,

                                                  Civil No. 08-672 (RHK/JJK)

            Plaintiff,

v.                                  **ORDER**

Wal-Mart Stores, Inc.,

            Defendant.

_____

Pursuant to the parties' Stipulation (Doc. No. 14), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 26, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge